**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE LEWIS, heir to the Living Trust of MAYOLA L. LEWIS,<br><br>    Plaintiff,<br><br>  v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, ET AL.,<br><br>    Defendants.<br>_____/ | No. C 11-02785 JSW<br><br>**ORDER VACATING HEARING ON MOTION TO DISMISS** |

Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion to dismiss which has been noticed for hearing on Friday, July 29, 2011 at 9:00 a.m., is appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motion will be taken under submission and decided on the papers.

**IT IS SO ORDERED.**

Dated: July 25, 2011

                                                JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LESLIE LEWIS,

    Plaintiff,

v.

FEDERAL NATIONAL MORTGAGE ASSO et al,

    Defendant.

Case Number: CV11-02785 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 25, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Leslie Lewis
271 Fitzpatrick Road
Oakland, CA 94603

Dated: July 25, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk